**Hendri PHANG, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 14-71371**

United States Court of Appeals, Ninth Circuit.

Submitted July 26, 2016 *

Filed August 4, 2016

Armin Alexander Skalmowski, Law Office of Armin Skalmowski, Alhambra, CA, for Petitioner

Anthony W. Norwood, Senior Litigation Counsel, Washington, DC, for Respondent

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Hendri Phang, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen, *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010), and we deny the petition for review.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

The BIA did not abuse its discretion in denying Phang's untimely motion to reopen because he failed to establish prima facie eligibility for the relief sought. *See Toufighi v. Mukasey*, 538 F.3d 988, 996–97 (9th Cir. 2008) (evidence must establish prima facie eligibility for relief sought).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.